**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IBIM HARRY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Cause No. 4:13-cv-03184** |
| | § | |
| **DALLAS HOUSING AUTHORITY** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE

After considering Defendant Dallas Housing Authority's Motion to Transfer Venue, which is now unopposed, the Court:

**GRANTS** the motion and transfer the case to the Dallas Division of the United States District Court for the Northern District of Texas.

SIGNED on __Feb. 7__, 2014.

_____
PRESIDING JUDGE